# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00305-CV

**In re Patrick Earl Tarkington**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to set for hearing his plea to the jurisdiction. Having reviewed the petition and the record provided, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a); *see also* Tex. R. App. P. 52.7(a); *In re Smith*, No. 03-14-00478-CV, 2014 WL 4079922, at \*2 (Tex. App.—Austin Aug. 13, 2014, orig. proceeding) (denying mandamus relief when relator failed to provide sufficient record from which to evaluate claim for mandamus relief); *In re Halley*, No. 03-15-00310-CV, 2015 WL 4448831, at \*2 (Tex. App.—Austin July 14, 2015) (orig. proceeding) (concluding that a six-month delay did not constitute an unreasonable length of time under "failure to rule" analysis).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: July 13, 2023